Law Offices of
**JOHN C. THEODORELLIS, PLLC**
150 Motor Parkway - Suite 401
Hauppauge, New York 11788
E-Mail: Dfndr88@aol.com

John C. Theodorellis
www.jctlaw.net

Telephone (631) 787-8569
Fax No. (631) 223-7734

July 11, 2013

Hon. Cheryl L. Pollak
Magistrate Judge
United States District Court
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    Angela Brown v. Coney Island Site 4A-1 Houses, Inc. et al.
              <u>Docket No. 1:13-cv-00759 (ERK) (CLP)</u>

Dear Judge Pollak:

    As per your Honor's instructions and pursuant to the initial conference held on July 9, 2013, Defendant Coney Island Site 4A-1 Houses, Inc withdraws, without prejudice, the Motion to Dismiss filed via ECF on June 29, 2013, in the above-entitled action.

    I have also filed a Notice of Appearance for Defendant Coney Island Site 4A-2 Houses, Inc., and as per your Honor's instructions the Defendants will not file an Answer to the Amended Complaint or make any motion at this time.

    Thank you for your time and attention to this matter.

                                     Very truly yours,

                                     John C. Theodorellis

cc:    Glen Parker, Esq. ghp@Parkerhanski.com
       Adam Hanski, Esq. ash@Parkerhanski.com